FILED
CLERK, U.S. DISTRICT COURT

DEC 3 0 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-24-00571-MWF-1 |
| Plaintiff, ) | ORDER OF DETENTION |
| v. ) | [Fed. R. Cim. P. 32.1(a)(6); |
| OSVALDO HERNANDEZ, ) | 18 U.S.C. § 3143(a)] |
| Defendant. ) | |
| _____ ) | |

The defendant having been arrested in this District pursuant to a warrant issued by

the United States District Court for the _Central District of California_ for alleged

violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of

Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.    (✓) The defendant has not met his/her burden of established by clear and

convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

3142(b) or (c). This finding is based on _Having been ordered by court_

_to participate in substance abuse treatment program, Defendant_

_failed to appear at intake and participate in program; Defendant_

_picked up new charge and absconded from supervision_

and/or

1    B.    ( ) The defendant has not met his/her burden of establishing by clear and

2           convincing evidence that he/she is not likely to pose a danger to the safety of any

3           other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

4           finding is based on: _____

5    _____

6    _____

7    _____

8

9          IT IS THEREFORE ORDERED that the defendant be detained pending the further

10   revocation proceedings.

11

12   Dated: December 30, 2024

13                            ALICIA G. ROSENBERG
                             United States Magistrate Judge